# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**VINCENT ELDRIDGE, JR.**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400065**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 18 October 2013.
**Military Judge:** Col D.M. McConnell, USMC.
**Convening Authority:** Commanding General, 2d Marine Logistics Group, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** Maj B.T. Ackison, USMC.
**For Appellant:** LCDR Dillon Ambrose, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**26 June 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court